FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL ALEJANDRO SANCHEZ,<br><br>Defendant. | No. 4:19-CR-06052-MKD<br><br>ORDER DISMISSING INDICTMENT<br><br>**ECF No. 57** |

Before the Court is Defendant Manuel Alejandro Sanchez's Motion to Dismiss Due to Speedy Trial Violation.  ECF No. 57.  The United States has filed a response, indicating no objection to the dismissal of the indictment.  ECF No. 59.

On August 20, 2019, the United States filed an Indictment charging Defendant with illegal reentry following removal, in violation of 8 U.S.C. § 1326. ECF No. 1.  Defendant filed two motions to dismiss the indictment. ECF Nos. 30, 32.  On March 5, 2020, the previously assigned judicial officer denied the first motion to dismiss, granted the second motion to dismiss, and dismissed the indictment.  ECF Nos. 40, 42.

ORDER – 1

The United States appealed the dismissal. ECF No. 44. On July 14, 2021, the Ninth Circuit issued a memorandum opinion that reversed the order of dismissal and remanded the case. ECF No. 50. On August 30, 2022, the Ninth Circuit issued the mandate. ECF No. 52. On December 20, 2022, Defendant filed a Petition for Writ of Certiorari with the United States Supreme Court. ECF No. 54. On February 21, 2023, the Supreme Court denied Defendant's petition. ECF No. 55. On August 31, 2023, Defendant filed the instant Motion to Dismiss Case. ECF No. 57. On the same date, this matter was re-assigned to the undersigned judicial officer. ECF No. 56.

The Speedy Trial Act requires that the trial of a defendant occur within seventy days of the filing of an indictment charging him with the commission of an offense. 18 U.S.C. § 3161(c)(1). Where a defendant is to be tried upon an indictment dismissed by a trial court and reinstated following an appeal, the trial shall commence within seventy days from the date of the action occasioning the trial becomes final. 18 U.S.C. § 3161(d)(2). Once a defendant has indicated in a court document an intent to file a petition for writ of certiorari, the period of time from the announcement to the Supreme Court's denial or grant of the petition is excluded from speedy trial calculations. *United States v. Pete*, 525 F.3d 844, 854-55 (9th Cir. 2008); *see* 18 U.S.C. § 3161(h)(1)(C) (excluding from speedy trial calculations "delay resulting from any interlocutory appeal[.]").

ORDER – 2

If a defendant is not brought to trial within the time limits of 18 U.S.C. § 3161(c), the indictment "shall be dismissed on motion of the defendant." 18 U.S.C. § 3162(a)(2); *see United States v. Lloyd*, 125 F.3d 1263, 1271 (9th Cir. 1997). The trial court is to consider the following factors, among others, in deciding whether the dismissal should be with or without prejudice:

> (1)    the seriousness of the offense;
> (2)    the facts and circumstances of the case which led to the dismissal; and
> (3)    the impact of a reprosecution on the administration of this chapter and on the administration of justice.

18 U.S.C. § 3162(a)(2).

Given the lack of objection from the United States and the failure of the United States to prosecute the case, and the clear violation of the Defendant's speedy trial right, dismissal with prejudice is appropriate.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The United States' Motion to Dismiss Indictment, **ECF No. 57**, is **GRANTED.**

2.    The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

3.    All hearings, if any, are **STRICKEN**, and all pending motions, if any, are **DENIED AS MOOT**.

ORDER – 3

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2    provide copies to counsel, the United States Probation Office, the United States

3    Marshals Service and **CLOSE** the file.

4    **DATED** September 6, 2023.

5

6    *s/Mary K. Dimke*
     MARY K. DIMKE
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER – 4